UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEUFT SYSTEMTECHNIK GMBH, ) | NO. CV 05-6299-GPS (JTLx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| INDUSTRIAL DYNAMICS CO., LTD., ) AND STEVE CALHOUN, ) | |
| Defendant(s), ) | |

In light of the remand from the United States Court of Appeals for the Federal Circuit, this Court enters judgment in favor of Industrial Dynamics Co. ("IDC") and against HEUFT SYSTEMTECHNIK GMBH ("HEUFT") . Thus, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Defendant IDC did not use its outer sidewall inspection devices in a manner that infringed Claims 1, 2, and 3 of U.S. Patent No. 6,298,974, owned by Heuft .

2. Defendant IDC's outer sidewall inspection devices did not infringe on Claims 6, 7 and 8 of Heuft's Patent No. 6,298,974.

3. Plaintiff is ordered to reimburse Defendant in the amount of $39,287.39, which is the amount Defendant paid Plaintiff pursuant to the Court's Bill of Costs order dated

December 13, 2007. The payment must be made within 10 days of the entry of this Order.

4. Defendant is the prevailing party.

This Judgment does not alter the remaining findings from the July 6, 2007 Final Judgment to the extent they are consistent with this Judgment and the Opinion of the Federal Circuit.

Dated this _5th___ day of October 2008.

*GEORGE P. SCHIAVELLI*

———————————————
THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE